CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Attorney for Defendants
Desai Hospitality Group, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>　v.<br><br>DESAI HOSPITALITY GROUP, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 4:20-CV-05404-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

1  This stipulation is made as the matter has been resolved to the satisfaction of
2  all parties.
3
4  Dated: March 4, 2021            CENTER FOR DISABILITY ACCESS
5
6                                  By:   /s/Amanda Seabock
                                         Amanda Seabock
7                                        Attorney for Plaintiff
8
9  Dated: March 4, 2021            LAW OFFICE OF RICK MORIN, PC
10
11                                 By:   /s/Richard Morin
                                         Richard Morin
12                                       Attorney for Defendant
                                         Desai Hospitality Group, LLC
13

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Desai Hospitality Group, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: March 4, 2021          CENTER FOR DISABILITY ACCESS

                              By:   /s/Amanda Seabock
                                    Amanda Seabock
                                    Attorney for Plaintiff